IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN R. HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>MURIEL E. BOWSER, *et al.*,<br><br>    Defendants. | Civil Action No. 18-cv-768 (CKK) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Richard G.S. Lee, who will be departing from Morgan, Lewis & Bockius LLP ("Morgan Lewis"), withdraws as counsel of record for Plaintiff Warren Harris ("Harris") in the above-entitled action. Withdrawal of undersigned counsel will not cause any prejudice to Plaintiff Harris as other counsel of record from Morgan Lewis and Disability Rights DC will continue to represent him, and based on a consultation with Plaintiff Harris, Richard G.S. Lee expects to reappear as co-counsel from his next firm of employment. Plaintiff Harris requests this Court and all parties to this action remove Richard G.S. Lee from their service list pursuant to this withdrawal under Local Rule 83.6(b).

Dated: Mar. 13, 2020

MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ Richard G.S. Lee*
Richard G.S. Lee (DC Bar #1531780)
richard.g.lee@morganlewis.com

1111 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  +1.202.739.3000
Facsimile:  +1.202.739.3001