**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WARREN HARRIS,

        Plaintiff,

           v.

MURIEL E. BOWSER, et al.,

        Defendants.

Civil Action No. 18-768 (CKK)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard G.S. Lee of Axinn, Veltrop, & Harkrider LLP, enters his appearance as counsel of record for Plaintiff Warren Harris ("Harris"), in the above-entitled action. Plaintiff Harris requests this Court and all parties to this action add Richard G.S. Lee to their service list pursuant to this entry of appearance under Local Rule 83.6(a).

Respectfully submitted,

Dated:  April 30, 2020

    */s/Richard G.S. Lee*
Richard G.S. Lee (DC Bar #1531780)
AXINN, VELTROP & HARKRIDER LLP
950 F Street, NW
Washington, District of Columbia 20004
Telephone:  202.912.3510
Fax: 202.912.4701
rlee@axinn.com

*Counsel for Warren Harris*