UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARREN HARRIS,

    Plaintiff,

        v.

*MURIEL E. BOWSER, et al.*,

    Defendants.

Civil Action No. 18-768 (CKK)

**ATTORNEY APPEARANCE
AND CERTFICIATION OF PRO BONO REPRESENTATION**

PLEASE TAKE NOTICE that pursuant to Local Rule 83.2(g), Nicholas E.O. Gaglio of Axinn, Veltrop & Harkrider LLP hereby enters his appearance as counsel for Plaintiff Warren Harris ("Harris"), in the above-entitled action. Mr. Gaglio certifies that: he is a member of good standing in the New York Bar, the U.S. District Court of the Southern District of New York, the U.S. District Court of the Eastern District of Michigan, and the U.S. Court of Appeals for the Second Circuit; that he has undertaken the representation of Plaintiff without compensation; and that he is personally familiar with the Local Rules of this Court.

Dated: May 1, 2020

Respectfully submitted,

Nicholas E.O. Gaglio (NY Bar #4024592)
AXINN, VELTROP & HARKRIDER LLP
114 W 47th Street
New York, NY 10036
Telephone: 212.728.2228
Fax: 212.728.2201
Email: ngaglio@axxin.com

*Counsel for Warren Harris*