UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WARREN R. HARRIS,**<br><br>     Plaintiff,<br><br>     v.<br><br>**MURIEL E. BOWSER,** *et al.*,<br><br>     Defendants. | Civil Action No. 18-768 (CKK) |

## NOTICE OF APPEAL

Notice is hereby given that Warren R. Harris, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the District of Columbia Circuit from the order denying Plaintiff's Motion for Summary Judgment and granting Defendants' Cross-Motion for Summary Judgment entered into this action on the 1st day of October, 2021.

DATED: October 27, 2021

                                            Respectfully Submitted,

                                            /s/  *Francis H. Morrison*
                                            Francis H. Morrison, (982801)
                                            AXINN, VELTROP & HARKRIDER, LLP
                                            90 State House Square
                                            Hartford, CT 06103
                                            Tel: 860-275-8155
                                            Email: fmorrison@axinn.com

                                            Nicholas E.O. Gaglio (4024592) (*pro bono*)
                                            Angela M. Farren (562019) (*pro bono*)
                                            AXINN, VELTROP & HARKRIDER, LLP
                                            114 West 47th Street,
                                            New York, NY 10036

Tel: 212-728-2228
Email:ngaglio@axinn.com
Email: afarren@axinn.com


Melanie M. Kiser (1719744)
AXINN, VELTROP & HARKRIDER, LLP
1901 L Street NW
Washington, DC 20036
Tel: 202-469-3507
Email: mkiser@axinn.com

Mary Nell McGarity Clark, Esq. (419732)
DISABILITY RIGHTS DC AT UNIVERSITY
LEGAL SERVICES
220 I Street, NE, Suite 130
Washington, DC 20002
Email: mclark@uls-dc.org