# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 21-7122**  **September Term, 2022**
FILED ON: FEBRUARY 24, 2023

WARREN R. HARRIS,
      APPELLANT

v.

MURIEL BOWSER, IN HER OFFICIAL CAPACITY AS THE MAYOR OF THE DISTRICT OF COLUMBIA, ET AL.,
      APPELLEES

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-00768)

---

Before: HENDERSON and WALKER, *Circuit Judges*, and TATEL, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the decision of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

      BY:   /s/

        Daniel J. Reidy
        Deputy Clerk

Date: February 24, 2023

Opinion for the court filed by Circuit Judge Walker.